1  HILARY P. HAMMELL, ESQ., State Bar No. 291347
2  E-Mail: hilary@hammell.law
   LAW OFFICES OF HILARY HAMMELL, A.P.C.
3  212 Ninth Street, Suite 314
   Oakland, CA 94607
4  Tel.: (510) 250-3175

5
   RACHEL M. TERP, ESQ. State Bar No. 290666
6  E-Mail: rachel@terplaw.com
7  TERP LAW
   2831 Telegraph Avenue
8  Oakland, CA 94609
   Tel.: (510) 550-5103
9

10  *Attorneys for Jon Chaikin*

11
    Gouya A. Ranekouhi, Esq., SBN 288267
12  granekouhi@ohaganmeyer.com
13  Rebecca L. Wilson, Esq. SBN 257613
    rwilson@ohaganmeyer.com
14  O'HAGAN MEYER
15  3200 Park Center Drive, Suite 700
    Costa Mesa, CA 92626
16  Telephone:   (949) 942-8507
17  Facsimile:   (949) 942-8510

18
    Attorneys for Defendants,
19  Red Ventures, LLC, and RBUS, Inc.

20              **UNITED STATES DISTRICT COURT**

21             **NORTHERN DISTRICT OF CALIFORNIA**

22  JON CHAIKIN,                          Case No.  3:22-cv-07612-JCS

23              Plaintiff,                **JOINT STIPULATION FOR
                                          DISMISSAL WITH PREJUDICE**
24  v.                                    Courtroom: F
                                          Maj. Judge: Hon. Joseph C. Spero
25  RED VENTURES, LLC; RBUS, INC.,
    and DOES 1-10, inclusive,
26                                        Complaint Filed: December 19, 2022
                Defendants.               Amended Complaint Filed: March 14, 2023
27

28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE. Case no. 3:22-cv-07612-JCS

**TO THE HONORABLE COURT**:

The Parties, Plaintiff Jon Chaikin ("Plaintiff") and Defendants Red Ventures, LLC, and RBUS, Inc. ("Defendants") hereby stipulate and agree through their attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) as follows: This case, having been settled and compromised, is hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated:      September 1, 2023          O'HAGAN MEYER


By:    /s/  Gouya A. Ranekouhi
    Gouya A. Ranekouhi, Esq.
    Rebecca L. Wilson, Esq.

    Attorneys for Defendants,
    Red Ventures, LLC, Red Ventures
    Group, LLC, Red Ventures Holdco, LP,
    and RBUS, Inc.


Dated:      September 1, 2023          LAW OFFICES OF HILARY HAMMELL,  A.P.C.

By:    /s/ Hilary P. Hammell
    Hilary P. Hammell, Esq.


Dated:      September 1, 2023          TERP LAW

By:    /s/ Rachel M. Terp
    Rachel M. Terp Esq.

    Attorneys for Plaintiff Jon Chaikin

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE. Case no. 3:22-cv-07612-JCS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed, and on whose behalf the listing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 1, 2023                    TERP LAW

By:    /s/ Rachel M. Terp
       Rachel M. Terp, Esq.
       Attorneys for Plaintiff Jon Chaikin

Dated: September 5, 2023



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE. Case no. 3:22-cv-07612-JCS